■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OZZY SHEKHMAN, Appellant. [794 NYS2d 689]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Erlbaum, J.), rendered March 29, 2004, convicting him of criminal contempt in the first degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Adams, J.P., Cozier, Ritter and Skelos, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL SICARDO, Appellant. [794 NYS2d 688]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered December 12, 2001, convicting him of criminal sale of a controlled substance in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that he should have been permitted to withdraw his plea of guilty is unpreserved for appellate review (*see* CPL 470.05 [2]).

The defendant's remaining contentions are without merit. Prudenti, P.J., S. Miller, Ritter, Santucci and Rivera, JJ., concur.